```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :      22cv5083 (DLC)
WILAFALAM PRICE and ELEK DAVIDSON,       :
                                         :
                         Plaintiffs,     :      ORDER
            -v-                          :
                                         :
STERLING INFOSYSTEMS, INC.,              :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 28, 2022, the plaintiffs requested an adjournment of the November 10, 2022 initial pretrial conference on consent. It is hereby

ORDERED that the initial pretrial conference is adjourned to **November 18, 2022** at **2:30 P.M** in Courtroom 18B, 500 Pearl Street, New York, New York 10007.

Dated:    New York, New York
          September 28, 2022

                                    _____
                                          DENISE COTE
                                    United States District Judge