```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
WILAFALAM PRICE and ELEK DAVIDSON,       :    22cv5083(DLC)
individually and on behalf of all        :
others similarly situated,               :       ORDER
                                         :
                        Plaintiffs,      :
            -v-                          :
                                         :
STERLING INFOSYSTEMS, INC.,              :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On May 12, 2023, the parties filed a notice of settlement. It is hereby

ORDERED that a telephone conference is scheduled for **May 18, 2023 at 3:30 P.M.** The parties shall use the following dial-in credentials for the telephone conference:

>     Dial-in:        888-363-4749
>     Access Code:    4324948

The parties shall use a landline if one is available.

Dated:   New York, New York
         May 15, 2023

                                        _____
                                               DENISE COTE
                                        United States District Judge