UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
WILAFALAM PRICE and ELEK DAVIDSON,     :        22cv5083(DLC)
individually and on behalf of all      :
others similarly situated,             :
                                       :        ORDER OF
                                       :        DISCONTINUANCE
                        Plaintiffs,    :
          -v-                          :
                                       :
STERLING INFOSYSTEMS, INC.,            :
                        Defendants.    :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

      On May 12, 2023, the parties filed a notice of settlement.
A conference was held on May 18.

      It having been reported to this Court that this case has
been settled, it is hereby

      ORDERED that the above-captioned action is discontinued
without costs to any party and without prejudice to restoring
the action to this Court's calendar if the application to
restore the action is made by **June 15, 2023**.  If no such
application is made by that date, today's dismissal of the
action is with prejudice.  See Muze, Inc. v. Digital On Demand,
Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).


Dated:    New York, New York
          May 18, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge